

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00147-CV

**CITY OF LAREDO**, Texas,
Appellant

v.

Julian Jacobo **REYNA**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000557 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellee's brief in this accelerated appeal was due May 4, 2015. The brief has not been filed.

We **order** appellee to file his brief by **May 15, 2015**. If the brief is not filed by the date ordered, we will order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court